UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | MAGISTRATE NO. 2:14-MJ-00217-1 |
| | § | |
| KERRON JOHNSON | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

Based on a review of the allegations in the criminal complaint, the evidence against the defendant is substantial. The findings and conclusions contained in the Pretrial Services Report, supplemented by the testimony of the Defendant's father-in-law Mr. Cooke, are adopted. The Defendant has a conviction for failure to appear, and a no bond warrant for failure to appear. He also has two outstanding felony warrants in the state of Georgia for "Entering Auto" charges. This order of detention is entered without prejudice. If the Defendant can arrange to have his outstanding warrants recalled, a bond will be considered.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 21st day of April, 2014.

                                                          B. JANICE ELLINGTON
                                                          UNITED STATES MAGISTRATE JUDGE